IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW, | Civil Action No. 5:14-cv-00059-FL |
| Plaintiff, | **ORDER** |
| vs. | |
| CITIBANK, N.A., | |
| Defendant. | |

This matter is before the Court on Defendant Citibank, N.A.'s Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court has reviewed the record in this matter and finds there is good cause to allow the motion.

It is therefore ordered that Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint shall be and hereby is allowed, and Defendant shall have until and including March 28, 2014, to answer or otherwise respond to Plaintiff's Complaint.

This the 25th day of February, 2014.

_____
for JULIE A. RICHARDS, CLERK