IN THE UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIAN SNOW, | Case No. 5:14-cv-00059-FL |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF ELIZABETH S. BARNETTE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION |
| v. | |
| CITIBANK, N.A., | |
| Defendant. | |

## SUPPLEMENTAL DECLARATION OF ELIZABETH S. BARNETTE

I, ELIZABETH S. BARNETTE, hereby declare as follows:

1.      I am an employee of Citibank, N.A., successor in interest to Citibank (South Dakota), N.A. ("Citibank"), a national bank located in Sioux Falls, South Dakota. Citibank (South Dakota), N.A. merged into Citibank, N.A. effective July 1, 2011. Citibank issues credit card accounts to persons throughout the country, including the credit card at issue in this action. I submit this Declaration to supplement my prior Declaration dated March 28, 2014 that was filed in the above-referenced action.

2.      As previously stated in my prior Declaration, I have worked with Citibank or its affiliates in different capacities for approximately 18 years. In connection with my employment, I have personal knowledge of the general business practices of Citibank with respect to its credit card accounts. My responsibilities include the preparation of affidavits in connection with litigation involving Citibank, and I am authorized to provide this Declaration for Citibank. I have access to the business records relating to the credit card accounts issued by Citibank including, in particular, the records of cardmember accounts and the applicable card agreements.

3.     The exhibits to this declaration are all true and correct business records created and maintained by Citibank, or its affiliates, in the course of regularly conducted business activity, and as part of the regular practice of Citibank to create and maintain such records, and also were made at the time of the act, transaction, occurrence or event, or within a reasonable time thereafter.   Certain exhibits have been redacted solely to protect the confidentiality of account information, such as, among other things, card member account numbers.   The statements set forth in this declaration are true and correct to the best of my knowledge, information and belief.   Except where based upon information provided by persons working under my direction and supervision, the statements contained herein are based on my personal knowledge or review of Citibank's records, including records pertaining to the Citibank credit card account issued to Plaintiff Marian Snow ("Snow" or "Plaintiff").   If called as a witness, I am competent to testify to the statements contained herein.

4.     As stated in my prior Declaration, Citibank's records reflect two credit card accounts issued to Plaintiff:  a Home Depot credit card account currently ending in account no. 9412 ("Home Depot Account"); and a Citibank AAdvantage MasterCard currently ending in account no. 7111 ("Citi Account").

5.     Attached hereto as Exhibit 14 are payment copies dated April 20, 2012, May 20, 2012, July 5, 2012 and July 25, 2012, which were posted to the Citi Account ("Payments").

6.   .   The Payments are drawn on a checking account in the name of Consumer Advocate Services, LLC. and reflect the Citi Account number.  Although the Payments include proposed language regarding changes to the Citi Account and the Card Agreement, Citibank never agreed to those terms.

7.     As stated in my prior declaration, a Card Agreement was mailed to the Plaintiff

2

on or about January 2000 when Plaintiff accepted an offer to upgrade the Citi Account from a Citibank AAdvantage account to a Citibank Gold AAdvantage account (see Exhibit 5, Declaration of Elizabeth S. Barnette In Support Of Defendant's Motion To Compel Arbitration and Stay Action). The Card Agreement provides under the section entitled **Payments:** "....We can accept late or partial payments, as well as payments that reflect 'paid in full' or other restrictive endorsements, without losing any of our rights under this Agreement." (See page 3 of Exhibit 5, Declaration of Elizabeth S. Barnette In Support Of Defendant's Motion To Compel Arbitration and Stay Action).

8.    In accordance with the Card Agreement, Citibank accepted the Payments without losing any of its rights under the Card Agreement, including the Arbitration Agreement.

9.    Furthermore, in accordance with the Card Agreement, Citibank continued to send periodic billing statements to Plaintiff after the Payments posted to the Citi Account – these statements confirm that Citibank continued to assess interest on the Citi Account. Attached hereto as Exhibit 15 are copies of the monthly transaction billing detail for the Citi Account from January 6, 2012 through December 6, 2012, the last statement generated on the Citi Account before the Citi Account charged off for nonpayment.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed this _2nd_ day of May 2014 at Jacksonville, Florida.

ELIZABETH S. BARNETTE

# EXHIBIT 14

## (Payments posted to account)




Print

| Profile **Bankcard** | Processing Date: May 23 2012 | Envelope: 8 |
|---|---|---|
| | Batch Number: 504206 | |

**PAYMENT**

Acct Number: ████7111

Check Group Number: 50420614001

Check Account: ████2949
MICR PC Code: 0
Pmt Reject Code: 0
Amount Val: 0
Bundle Total: ████

Check Amt1: $541.40

Check Amt3: $0.00

Check Amt OpId: SR68458A,cc2

Check Audit Trail:
V1,p2,virt_en3,,V1,p2,virt_en2,,A8,pp2,brach,,$2,cc2,SR68458A,,$1,car,CARFIA01,M1,
ArcInfo: 921445042060016
Check Amount: $541.40

Check Item Ref:
16
Routing & Transit:
322271627
Microfilm Id: 0
Pmt Rejector : 0
MICR Val: 0
Virtual Validate: 0
Trunc: 0
Check Amt2:
$541.40
Check Amt5:
$0.00
Check Reject
Reason: 0
Arc Reason:
NARC-BCHECK23

P2 Sequence: 8

---

CONSUMER ADVOCATE SERVICES, LLC
P.O. BOX 131149
CARLSBAD, CA 92013

01-Sioux Falls_523201282621AN

2045
90-7182/2222

*Pay to the Order of* Citi Cards                                    | $ 541.40

*Five hundred forty one* *40/100* ———————————— *Dollars*

JPMorgan Chase Bank, N.A.        CBIA921445042060016

*For* ████████ 7-7111                          [signature]

29490

---

| Profile **Bankcard** | Processing Date: May 23 2012 | Envelope: 8 |
|---|---|---|
| | Batch Number: 504206 | |



Print 

| Profile **Bankcard** | Processing Date: June 05 2012 | Envelope: 266 |
|---|---|---|
| | Batch Number: 860349 | |

**PAYMENT**

Acct Number: ▓▓▓7111                                 Check Item Ref: **532**

Check Group Number: 86034916001            Routing & Transit: **322271627**

Check Account: ▓▓▓2949                          Microfilm Id: 0

MICR PC Code: 0                                         Pmt Rejector : 0

Pmt Reject Code: 0                                       MICR Val: **0**

Amount Val: 0                                              Virtual Validate: 0

Bundle Total ▓▓▓▓                                    Trunc: 0

Check Amt1: **$8.00**                                    Check Amt2: **$8.00**

Check Amt3: **$0.00**                                    Check Amt5: **$0.00**

Check Amt Optd: **SC61011A,cc2**                Check Reject Reason: 0

Check Audit Trail:                                         Arc Reason: NARC-
V1,p2,vlrt_en2,,A8,pp2,brach,,$2,cc2,SC61011A,,$1,cca,UP32499A,,$1,car,CAR1,F,      OCR00023
ArcInfo: 921578603490532                         P2 Sequence: 266

Check Amount: **$8.00**



CONSUMER ADVOCATE SERVICES, LLC
P.O. BOX 131149
CARLSBAD, CA 92013

3046

Pay to the Order of _Citi Cards_                          $ *8.00*

_Eight and_ 00/100 _____ Dollars_

JPMorgan Chase Bank, N.A.      OH921578603490532

_Snow-Gibbons_

For ▓▓▓▓-7111                                              2949

| Profile **Bankcard** | Processing Date: June 05 2012 | Envelope: 266 |
|---|---|---|
| | Batch Number: 860349 | |

Stub Item Ref: 531                                                          Total Amount Due ▓▓▓▓

Min Amount Due: ▓▓▓▓                                                   Due Date: ▓▓▓▓





Citi

Print

| Profile **Bankcard** | Processing Date: August 05 2012 Batch Number: 801697 | | Envelope: 77 |
|---|---|---|---|

**PAYMENT**

Acct Number: ████7111
Check Group Number: 80169716001
Check Account: ████2949
MICR PC Code: 0
Pmt Reject Code: 0
Amount Val: 0
Bundle Total: ████████
Check Amt1: $8.00
Check Amt3: $0.00
Check Amt OpId: RG32519A,cca
Check Audit Trail: V1,p2,vlrt_en2,,AB,pp2,brach,,$1,cca,RG32519A,,$1,car,CAR2,F,
ArcInfo: 922188016970154
Check Amount: $8.00

Check Item Ref: 154
Routing & Transit: 322271627
Microfilm Id: 0
Pmt Rejector : 0
MICR Val: 0
Virtual Validate: 0
Trunc: 0
Check Amt2: $0.00
Check Amt5: $0.00
Check Reject Reason: 0
Arc Reason: NARC-BCHECK23
P2 Sequence: 77

---

CONSUMER ADVOCATE SERVICES, LLC
P.O. BOX 131149
CARLSBAD, CA 92013

3076

7/25 2012

Pay to the Order of Citi Cards          $ 8.00

Eight and 00/100                                    Dollars

JPMorgan Chase Bank, N.A.      OH922188016970154

Fox ████████ 7111            ████ 2949

---

16 01 00
080412

| Profile **Bankcard** | Processing Date: August 05 2012 Batch Number: 801697 | | Envelope: 77 |
|---|---|---|---|

**STUB**

Stub Item Ref: 153

Min Amount Due: ████████

Stmt Rejector: 0

OCR Line Val: 0

Total Amount Due: ████████

Due Date: 0
Stmt Reject Code: 0
Stub Val: 0
Stub Amount



# EXHIBIT 15

**(Monthly transaction billing detail,**
**1/6/12 – 12/6/12)**

SITE=JCXCI TM-LG-8200 ACID-JALG040
02/08/14 12:44:55

## Account Activity
Jan 06-Feb 06, 2012

**New Balance:**
**$27,070.01**

Minimum Payment Due: New Balance:
**$1,875.56**

Payment Due Date:
**03/02/2012**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 year(s) | $60,034 |

For information about credit counseling services, call 1-877-337-8187.

other $ ____ amt. not paid ____ check # ____

Detach and follow payment instructions on reverse

**Make check payable to: Citi Cards**

New Balance:
$27,070.01
Minimum Payment Due:
$1,075.56
Payment Due Date:
03/02/2012

000000 PW 00 A 0
MARIAN SNOW GIBBONS
WILSON NC 27893-3710

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

**** **** **** 7111
Amount Enclosed:

---

www.citicards.com

Account Member Member Since 1987
MARIAN SNOW GIBBONS

Account Number **** **** **** 7111

**How To Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $18,975.22 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$7,578.92 |
| Cash Advances | +$0.00 |
| Fees Charged | +$25.00 |
| Interest Charged | +$490.87 |
| **New Balance** | **$27,070.01** |
| Past Due Amount | $797.97 |

| | |
|---|---|
| Amt. Over Rev. Cr. Lt. | $485.01 |
| Revolving Credit Limit | $26,560 |
| Avail. Revolving Credit | $0 |
| Cash Advance Limit | $18,100 |
| Available Cash Limit | $0 |
| Statement Closing Date | 02/06/2012 |
| Days in Billing Cycle | 32 |

**American Airlines AAdvantage® Miles**

AAdvantage® Miles Reported To American Airlines: **7,579**

See the American Airlines AAdvantage® Miles Update Section in This Statement.

### Total New Balance Breakout

| Card Balance | Loan On Your Card Balance | Card Minimum Payment Due | Loan On Your Card Minimum Payment Due |
|---|---|---|---|
| $12,687.05 | $14,382.96 | $1,227.23 | $648.33 |

### Standard Purchases

| Sale | Post | Description | Amount |
|---|---|---|---|
| 01/05 | 01/05 | DUKE MEDICINE CS DURHAM NC | 91.00 |
| 01/05 | 01/05 | 61 A6999USA 2222 | |
| 01/06 | 01/05 | CALIFORNIA PIZZA KIT RALEIGH NC | 28.24 |
| 9997H43F3 | | 61 A5810USA 2222 | |
| 10R3TX400 | 01/05 | OPAY WILSON CO TAX SAN RAMON CA | 7.05 |
| *7H3BFC5 | 01/05 | 61 A5995USA 2222 | |
| 01/06 | 01/05 | WILSON CO TAX WILSON NC | 13.96 |
| 52KG3BFC5 | 01/06 | 61 A5995USA 2222 | |
| KNYFTZKNC | 01/06 | WILCO 1648 00088 WILSON NC | 66.04 |
| 01/06 | 01/05 | 61 A5543USA 2222 | |
| XLOOBRYY | 01/06 | PAYPAL CITY OF WILSON CA | 3,067.00 |
| 01/07 | 01/07 | 61 A4900USA 2222 | |
| 6WNQWRJD | 01/06 | CITY OF WILSON 0252399921B NC | 93.61 |
| 01/07 | 01/07 | 61 A4900USA 2222 | |
| SSWKKBKF | 01/07 | ELIN NUTRITION SPRING GREEN WI | 938.96 |
| 01/07 | 01/07 | 61 A5495USA 2222 | |
| 2*23R*WG | 01/07 | PP*COMPUSA.COM 4029957733 FL | 197.50 |
| | | 61 A5730USA 2222 | |
| | | AMERICAN AIRLINE 00124133330 DALLAS TX | 10.00 |
| | | 61 A3000USA 2222 | |
| | | NAME: SNOW GIBBONS/MA | |
| | | DEPART: 02/10/2012 | |

1 of 3

Access your account online:
www.citicards.com

Account Number ******** -7111

## Standard Purchases (cont'd)

| Sale | Post | Description | Amount |
|---|---|---|---|
| 01/07 | | RED TO DFW *AIR CLASS: T:STOPKV | |
| | | DFW TO SNA - AIR CLASS: T:STOPBG | |
| | | SNA TO DFW - AIR CLASS: T:STOP- | |
| 01/07 | 01/07 | PAYPAL *DOLORESCANN 4029357733 AR | 925.00 |
| | | 61 A6995USA 2222 | |
| 01/08 | 01/08 | FUEL DOC 1104 937WILSON NC | |
| SOX18120 | 01/09 | 61 A554?USA 2222 | 65.72 |
| 01/09 | 01/09 | EXPERIAN *CREDITREP 8002202626 CA | 17.95 |
| LK6TO090 | | A596800A 2222 | |
| 01/09 | 01/09 | MELISSA AND DOUG 800-78433948 CT | 1,057.12 |
| D726XX430 | | 61 A599VUSA 2222 | |
| 01/23 | 01/23 | CITY OF WILSON 0252399297S NC | 241.54 |
| 56YCO6YT | | 61 A4590USA 2222 | |
| 01/27 | 01/27 | MURPHY7262ATWALMRT WILSON NC | 58.08 |
| KWYKKJ50 | | 61 A5542USA 2222 | |
| 01/31 | 01/31 | PRK COAST TO CONST RM 919-377-5920 CA | 29.95 |
| *4K36YKW | | 61 A599USA 2222 | |
| 02/01 | 02/01 | PAYPAL *VICTORYSTOR 402-905-7733 CA | 36.04 |
| 4GB4GDD0 | | 61 A899SUSA 2222 | |
| 02/01 | 02/01 | THESKINCHEF.COM INC 843-5525252 SC | 50.00 |
| N2KNWR03 | | 61 A7994USA 2222 | |
| 02/02 | 02/02 | PRECISION TUNE AUTO CA WILSON NC | 22.54 |
| SMTL*3C7 | | 61 A7538USA 2222 | |
| 02/02 | 02/02 | WILCO 1849 00089491WILSON NC | 66.53 |
| YJ4SWCNC | | 61 D654USA 2222 | |
| 02/02 | 02/02 | BLUE CROSS/BLUE SHIELD 888-2064697 NC | 139.62 |
| R4235L665 | | 61 A6390USA 2222 | |
| 02/02 | 02/02 | BLUE CROSS/BLUE SHIELD 888-2064697 NC | 416.80 |
| MM25L665 | | 61 A6300USA 2222 | |
| 02/03 | 02/03 | PAYPAL *CLICKBANK 4029357733 ID | 36.30 |
| WHMSYVNR | | 61 A4660USA 2222 | |
| 02/03 | 02/03 | PAYPAL *CLICKBANK 4029357733 ID | 10.35 |
| JJ-25YVNR | | 61 A4660USA 2222 | |
| 02/03 | 02/03 | WAL-MART #1664 WILSON NC | 200.40 |
| KG6ND*54 | | 61 A5388USA 2222 | |

## Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 02/06 | LATE FEE - JAN PAYMENT PAST DUE | 25.00 |
| 00000000 | | 66 0000 | |
| | | **TOTAL FEES FOR THIS PERIOD** | **25.00** |

## Interest Charged

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 02/06 | INTEREST CHARGED TO STANDARD ADV | 57.30 |
| 00000000 | | 64 0000 | |
| | 02/05 | INTEREST CHARGED TO STANDARD PURCH | 220.96 |
| 00000000 | | 64 0000 | |
| | 02/06 | INTEREST CHARGED TO OFFER-004 | 212.61 |
| 00000000 | | 64 0000 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | **490.87** |

### 2012 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2012 | $25.00 |
| Total interest charged in 2012 | $805.12 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $8,404.16 (D) | $220.96 |
| Offer-4 | 16.990% | $14,273.07 (D) | $212.61 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $2,879.47 (D) | $57.30 |

**How to Reach Us**
1-888-766-CITI(2484)

**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117

Access your account online:
www.citicards.com

Account Number **** **** **** 7111

**American Airlines AAdvantage® Miles Update**

American Airlines reserves the right to change the AAdvantage ® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage ® program, visit www.aa.com/aadvantage

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

The minimum payment due displayed on this statement includes your past due, the purch/adv minimum payment due, and transactions that exceed your revolving credit line.

Good news! Your last year's Annual Account Summary is now available for you to request online. Go to Account Online and on the Account Activity tab, select "Account Activity" in the drop-down menu. On the Account Activity page, go to "Request an Annual Account Summary" at the bottom of the page, and click on the Request button. A notification email will be sent in 24-48 hours when your summary is available to view and download online.

3 of 3

SITE-JX-CITM-LG-8200 AC1D-JALG040
02/08/14  12:44:55

# Account Activity
## Feb 07-Mar 07, 2012

**New Balance:** $27,623.69

**Minimum Payment Due:**
$2,994.96

**Payment Due Date:**
04/02/2012

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $60,096 |
| | | $60,096 |

For information about credit counseling services, call 877-337-8188.

**How To Reach Us**
1-800-388-2200

**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $27,070.01 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$518.68 |
| New Balance | $27,623.69 |

| | |
|---|---|
| Past Due Amount | $1,875.56 |
| Amt. Over Rev. Cr. L.L | $1,028.69 |
| Revolving Credit Limit | $26,540 |
| Avail. Revolving Credit | $0 |
| Cash Advance Limit | $18,100 |
| Available Cash Limit | $0 |
| Statement Closing Date | 03/07/2012 |
| Days in Billing Cycle | 30 |

www.citicards.com
Account Member Since 1987
MARIAN SNOW GIBBONS

Account Number **** **** **** 7111

**Total New Balance Breakout**

| Card Balance | Loan On Your Card Balance | Card Minimum Payment Due | Loan On Your Card Minimum Payment Due |
|---|---|---|---|
| $13,008.51 | $14,555.18 | $1,723.62 | $1,271.34 |

**Fees**

| Sale | Post | Description | Amount |
|---|---|---|---|
| COOOOOOO | 03/07 | LATE FEE - FEE PAYMENT PAST DUE | 35.00 |
| | | **TOTAL FEES FOR THIS PERIOD** | 35.00 |

**Interest Charged**

| Sale | Post | Description | Amount |
|---|---|---|---|
| COOOOOOO | 03/07 | INTEREST CHARGED TO STANDARD ADV | 55.10 |
| COOOOOOO | 65 | 0000 | |
| 00000000 | 03/07 | INTEREST CHARGED TO STANDARD PURCH | 261.36 |
| 00000000 | 84 | 0000 | |
| 00000000 | 03/07 | INTEREST CHARGED TO OFFER-004 | 202.22 |
| 00000000 | 84 | 0000 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | 518.68 |

**2012 Totals Year-to-Date**

| | |
|---|---|
| Total fees charged in 2012 | $60.00 |
| Total interest charged in 2012 | $1,323.80 |

Detach and follow payment instructions on reverse

Make check payable to: Citi Cards

**New Balance:**
$27,623.69

**Minimum Payment Due:**
$2,994.96

**Payment Due Date:**
04/02/2012

000000 PW 00 A 0
MARIAN SNOW GIBBONS
W LSON NC 27893-3710

**** **** **** 7111

**Amount Enclosed:**

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

**How to Reach Us**
1-800-388-2200

**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117

**Access your account online:**
www.citicards.com

**Account Number** **** **** **** 7111

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $10,603.70 (D) | $261.36 |
| Offer 4 | 16.990% | $14,480.46 (D) | $202.22 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $2,235.66 (D) | $55.10 |

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

SITE:XX-C1 TMLG-8200 ACID:JALG040
02/09/14 12:44:55

Account Activity
Mar 08-Apr 05, 2012

**New Balance:**
**$27,069.96**

Minimum Payment Due: New Balance:
**$3,007.95**

Payment Due Date:
**05/02/2012**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 years | $59,037 |

For information about credit counseling services, call 1-877-337-8185.

How To Reach Us
1-800-388-2200

Customer Service
BOX 6062
SIOUX FALLS, SD 57117

**Summary of Account Activity**

| | |
|---|---|
| Previous Balance | $27,623.69 |
| Payments | $3,100.00 |
| Other Credits | $6.00 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Fees Charged | $35.00 |
| Interest Charged | $511.27 |
| New Balance | $27,069.96 |
| Past Due Amount | $1,894.96 |

| | |
|---|---|
| Amt. Over Rev. Cr. Lt. | $474.96 |
| Revolving Credit Limit | $26,560 |
| Avail. Revolving Credit | $0 |
| Cash Advance Limit | $3,810.00 |
| Available Cash Limit | $0 |
| Statement Closing Date | 04/05/2012 |
| Days in Billing Cycle | 29 |

www.citicards.com

Account Member Member Since 1987
MARIAN SNOW GIBBONS

Account Number **** **** **** 7111

**Total New Balance Breakout**

| Card Balance | Loan On Your Card Balance | Card Minimum Payment Due | Loan On Your Card Minimum Payment Due |
|---|---|---|---|
| $13,181.44 | $13,888.52 | $1,093.15 | $1,914.80 |

**Payments, Credits and Adjustments**

| Sale | Post | Description | Amount |
|---|---|---|---|
| 87631037 | 04/04 | PAYMENT THANK YOU | 1,100.00 |
| | 70 | 0000 | |
| | 64 | 0000 | 0000 |

**Fees**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 04/05 | LATE FEE - MAR PAYMENT PAST DUE | 35.00 |
| 00000000 | 66 | 0000 | |
| | | TOTAL FEES FOR THIS PERIOD | 35.00 |

**Interest Charged**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 04/05 | INTEREST CHARGED TO STANDARD ADV | 54.49 |
| 00000000 | 84 | 0000 | |
| | 04/05 | INTEREST CHARGED TO STANDARD PURCH | 259.43 |
| 00000000 | 64 | 0000 | |
| | 04/05 | INTEREST CHARGED TO OFFER-004 | 197.35 |
| 00000000 | 84 | 0000 | |
| | | TOTAL INTEREST FOR THIS PERIOD | 511.27 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2012 | $95.00 |
| Total interest charged in 2012 | $1,835.07 |

1 of 2

date paid _____ amount paid _____ check # _____

Detach and follow payment instructions on reverse

Make check payable to: **Citi Cards**

New Balance:
**$27,069.96**
Minimum Payment Due:
**$3,007.95**
Payment Due Date:
**05/02/2012**

000000 PW 00 A 0
MARIAN SNOW GIBBONS
WILSON NC 27893-2710

**** **** **** 7111
Amount Enclosed:

CITI CARDS
Processing Center
Des Moines, IA 50363-0001

How to Reach Us
1-800-388-2200

Customer Service
Box 6062
SIOUX FALLS, SD 57117

Access your account online:
www.citicards.com

Account Number •••• •••• •••• 7111

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $10,888.49 (D) | $259.43 |
| Offer 4 | 16.990% | $14,618.96(D) | $197.35 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $2,286.90(D) | $54.49 |

Remember, you MUST PAY IN FULL, any charges over your revolving credit limit by
your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must
pay, by the payment due date, at least the minimum payment due.

2 of 2

SITE:JX-C1TMLG-B200 ACID:JALGO40
02/08/14 12:24:55

## Account Activity
Apr 06-May 04, 2012

Minimum Payment Due: **New Balance:**
**$4,120.10** **$27,611.39**

Payment Due Date:
**06/02/2012**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 years | $59,679 |

For information about credit counseling services, call 1-877-337-8925.

---

How To Reach Us
1-800-666-9900

Customer Service
BOX 6062
SIOUX FALLS, SD 5717

### Summary of Account Activity
| | |
|---|---|
| Previous Balance | $27,069.96 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$506.43 |
| New Balance | $27,611.39 |

Post Due Amount $3,007.95

| | |
|---|---|
| Amt. Over Rev. Cr. Lt. | $1,016.39 |
| Revolving Credit Limit | $26,560 |
| Avail. Revolving Credit | $0 |
| Cash Advance Limit | $16,800 |
| Available Cash Limit | $0 |
| Statement Closing Date | 05/04/2012 |
| Days in Billing Cycle | 29 |

---

www.citicards.com
Account Member Member Since 1987
MARIAN SNOW GIBBONS

Account Number **** **** **** 7111

### Total New Balance Breakout

| Card Balance | Loan On Your Card Balance | Card Minimum Payment Due | Loan On Your Card Minimum Payment Due |
|---|---|---|---|
| $13,534.15 | $4,077.24 | $2,470.00 | $1,650.10 |

### Fees
| Date | Post | Description | Amount |
|---|---|---|---|
| | 05/04 | LATE FEE - APR PAYMENT PAST DUE | 35.00 |
| 00000000 | 66 0000 | | 35.00 |
| | | TOTAL FEES FOR THIS PERIOD | 35.00 |

### Interest Charged
| Date | Post | Description | Amount |
|---|---|---|---|
| | 05/04 | INTEREST CHARGED TO STANDARD ADV | $4.64 |
| 00000000 | 64 0000 | | |
| | 05/04 | INTEREST CHARGED TO STANDARD PURCH | 263.07 |
| 00000000 | 64 0000 | | |
| | 05/04 | INTEREST CHARGED TO OFFER-004 | l8872 |
| 00000000 | 64 0000 | | |
| | | TOTAL INTEREST FOR THIS PERIOD | 506.43 |

### 2012 Totals Year-to-Date
| | |
|---|---|
| Total fees charged in 2012 | $130.00 |
| Total interest charged in 2012 | $2,341.50 |

---

1 of 2

Detach and follow payment instructions on reverse

Make check payable to: **Citi Cards**

---

New Balance:
**$27,611.39**
Minimum Payment Due:
**$4,120.10**
Payment Due Date:
**06/02/2012**

000000 PW 00 A 0
MARIAN SNOW GIBBONS
W LSON NC 27893-3710

**** **** **** 7111

Amount Enclosed:

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

How to Reach Us
1-800-866-9500

Customer Service
BOX 6062
SIOUX FALLS, SD 57117

Access your account online:
www.citicards.com

Account Number **** **** **** 7111

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $1,041.03 (D) | $263.07 |
| Offer 4 | 16.990% | $3,979.41(D) | $88.72 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $2,293.16 (D) | $54.64 |

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

SIT:LJX-C1T1XLG-8200 ACID:JALG040
02/08/14 12:44:55S

# Account Activity
## May 05-Jun 06, 2012

**New Balance:** $27,123.26

**Minimum Payment Due:**
$4,205.69

**Payment Due Date:**
07/02/2012

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 30 year(s) | $58,073 |

For information about credit counseling services, call 1-877-337-8485.

---

How To Reach Us
1-800-846-9700

Customer Service
BOX 6062
SIOUX FALLS, SD 57117

www.citicards.com

Account Member Member Since 1987
MARIAN SNOW GIBBONS

Account Number **** **** **** 7111

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $27,611.39 |
| Payments | -$1,099.40 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$35.00 |
| Interest Charged | +$576.27 |
| **New Balance** | **$27,123.26** |
| Past Due Amount | $3,020.70 |
| Amt. Over Rev. Cr. Lt. | $528.26 |
| Revolving Credit Limit | $26,560 |
| Avail. Revolving Credit | $0 |
| Cash Advance Limit | $16,000 |
| Available Cash Limit | $0 |
| Statement Closing Date | 06/06/2012 |
| Days in Billing Cycle | 33 |

## Total New Balance Breakout

| Card Balance | Loan On Your Card Balance | Card Minimum Payment Due | Loan On Your Card Minimum Payment Due |
|---|---|---|---|
| $13,800.35 | $13,322.91 | $1,900.28 | $2,305.41 |

## Payments, Credits and Adjustments

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 06/05 | PAYMENT THANK YOU | -$550.00 |
| 8376189 | 05/23 0000 70 0000 6600 | PAYMENT THANK YOU | -$241.40 |
| 8567605 | 06/04 0000 70 0000 0000 | PAYMENT THANK YOU | -$8.00 |
| 8428I53I | | 70 0000 0000 | |

## Fees

| Sale | Post | Description | Amount |
|---|---|---|---|
| 00000000 | 06/06 0000 66 0000 | LATE FEE - MAY PAYMENT PAST DUE | 35.00 |
| | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |

## Interest Charged

| | Post | Description | Amount |
|---|---|---|---|
| 00000000 | 06/05 0000 64 | INTEREST CHARGED TO STANDARD ADV | 62.20 |
| 00000000 | 06/06 0000 64 | INTEREST CHARGED TO STANDARD PURCH | 307.11 |
| 00000000 | 06/06 0000 64 | INTEREST CHARGED TO OFFER 004 | 205.96 |
| | | **TOTAL INTEREST FOR THIS PERIOD** | **$576.27** |

---

date paid _____ on acnt paid _____ check b _____

Detach and follow payment instructions on reverse

Make check payable to: Citi Cards

---

1 of 2

**New Balance:**
$27,123.26

**Minimum Payment Due:**
$4,205.69

**Payment Due Date:**
07/02/2012

000000 PW 00 A 0
MARIAN SNOW GIBBONS
WILSON NC 27893-3710

**** **** **** 7111

Amount Enclosed:

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

Case 5:14-cv-00059-FL   Document 17   Filed 05/05/14   Page 19 of 35

Your account has an annual membership fee of $85.00 which will appear on your next billing statement. Variable rates vary with the market based on the U.S. Prime Rate. The variable Penalty APR (which is based on your creditworthiness) may apply if you make a late payment or a payment that is returned. If it is applied, it will stop applying to existing balances if you make the next six consecutive minimum payments when due. However, it may apply to new transactions indefinitely. The foreign purchase transaction fee is 3% of the US dollar amount of each purchase made outside the US. See back for important information.

## 2012 Totals Year-to-Date

| | |
|---|---|
| **Total fees charged in 2012** | $165.00 |
| **Total Interest charged in 2012** | $2,917.77 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $11,327.26 (D) | $207.11 |
| Offer 4 | 16.990% | $13,472.52 (D) | $206.96 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $2,294.25 (D) | $62.20 |

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Your account is seriously past due and your credit privileges have been suspended. Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am - 9 pm, or Saturday, 8 am - 5 pm, Central Time.

Our records show home phone ■■■■■■■■ and business phone ■■■■■■■■
If incorrect, please update your account online at www.citicards.com or call us at 1-800-866-9900 to let us know.

2 of 2

## Account Activity
Jun 07 - Jul 05, 2012

**New Balance:** $27,756.98

**Minimum Payment Due:**
$5,332.13

**Payment Due Date:**
08/02/2012

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will end up paying an estimated total of... |
| --- | --- |
| Only the minimum payment | 30 year(s) | $68,393 |

For information about credit counseling services, call 1-877-337-8086.

### How To Reach Us
1-800-866-9900

### Customer Service
BOX 6062
SIOUX FALLS, SD 57117

### Summary of Account Activity
| | |
| --- | --- |
| Previous Balance | $27,123.26 |
| Payments | -$5.00 |
| Other Credits | -$50.00 |
| Purchases | +$50.00 |
| Cash Advances | +$50.00 |
| Fees Charged | +$520.00 |
| Interest Charged | +$69.72 |
| New Balance | $27,756.98 |

| | |
| --- | --- |
| Past Due Amount | $4,205.69 |

| | |
| --- | --- |
| Amt Over Rev. Cr. Lt. | $1,076.98 |
| Revolving Credit Limit | $26,560 |
| Avail. Revolving Credit | $0 |
| Cash Advance Limit | $91,000 |
| Available Cash Limit | $0 |
| Statement Closing Date | 07/05/2012 |
| Days in Billing Cycle | 29 |

www.citicards.com

**Account Member** Member Since 1987
MARIAN SNOW GIBBONS

**Account Number** **** **** **** 7111

### Total New Balance Breakout

| | Card | Loan On Your Card |
| --- | --- | --- |
| Balance | $4,253.04 | $3,503.94 |
| Minimum Payment Due | $3,393.50 | $1,938.63 |

### Fees
| Sale | Post | Description | Amount |
| --- | --- | --- | --- |
| 00000000 | 07/05 | MEMBERSHIP FEE JUL 12-JUN 13 | 65.00 |
| 74 | 0000 | SEE REVERSE FOR MORE RENEWAL INFORMATION | |
| 00000000 | 07/05 | LATE FEE - JUN PAYMENT PAST DUE | 35.00 |
| 65 | 0000 | | |
| | | TOTAL FEES FOR THIS PERIOD | 120.00 |

### Interest Charged
| | Post | Description | Amount |
| --- | --- | --- | --- |
| 00000000 | 07/05 | INTEREST CHARGED TO STANDARD ADV | 56.07 |
| 84 | 0000 | | |
| 00000000 | 07/05 | INTEREST CHARGED TO STANDARD PURCH | 276.62 |
| 84 | 0000 | | |
| 00000000 | 07/05 | INTEREST CHARGED TO OFFER-004 | 181.03 |
| 64 | 0000 | | |
| | | TOTAL INTEREST FOR THIS PERIOD | 513.72 |

| 2012 Totals Year-to-Date | |
| --- | --- |
| Total fees charged in 2012 | $285.00 |
| Total interest charged in 2012 | $2,431.49 |

1 of 2

Detach and follow payment instructions on reverse

Make check payable to: Citi Cards

---

New Balance:
$27,756.98
Minimum Payment Due:
$5,332.13
Payment Due Date:
08/02/2012

000000 PW 00 A 0
MARIAN SNOW GIBBONS
WILSON NC 27893-3710

**** **** **** 7111
Amount Enclosed:

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

**How to Reach Us**
1-800-846-9900

**Customer Service**
BOX 6062
SIOUX FALLS, SD 57117

Access your account online:
www.citicards.com

Account Number •••• •••• •••• 7111

**Interest Charge Calculation**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.990% (V) | $18,609.81(D) | $276.62 |
| Offer 4 | 16.990% | $13,410.10 (O) | $181.03 |
| ADVANCES | | | |
| Standard Adv | 29.990% (V) | $2,353.39 (D) | $56.07 |

Remember, you MUST PAY IN FULL any charges over your revolving credit limit by your statement's Payment Due Date.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Your account is seriously past due and your credit privileges have been suspended. Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am - 9 pm, or Saturday, 8 am - 5 pm, Central Time.

2 of 2

MARIAN SNOW GIBBONS
Member Since 1987  Account number ending in: 7111
Billing Period: 07/06/12-08/07/12

How to reach us
www.citicards.com
1-800-568-5000
BOX 6062 SIOUX FALLS, SD 57117

Minimum payment due:        $28,376.43
New balance:                $28,376.43
Payment due date:           09/02/12

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $5316.13 and an overlimit amount of $1781.43.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $28,376 |

For information about credit counseling services, call 1-877-337-8188.

**Account Summary**

| | |
|---|---|
| Previous balance | $27,756.98 |
| Payments | -$16.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$600.45 |
| New balance | $28,376.43 |

**Credit Limit**

Revolving Credit limit        $26,560
Includes $18,100 cash advance limit

Minimum payment due        $28,376.43
New balance                $28,376.43
Payment due date           09/02/12

Amount enclosed:

Account number ending in 7111

000000 PW 32 A 0

MARIAN SNOW GIBBONS
GARNER NC 27529-5973

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

**Total New Balance Breakout**

| | |
|---|---|
| **Card Balance** | **$14,679.60** |
| **Loan On Your Card Balance** | **$13,696.83** |
| **Card Minimum Payment Due** | **$25,767.26** |
| **Loan On Your Card Minimum Payment Due** | **$2,609.17** |

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

*Payments, Credits and Adjustments*

| | | | | | Amount |
|---|---|---|---|---|---|
| | 07/15 | PAYMENT THANK YOU | | | -$8.00 |
| 85464147 | | 70 | 0000 | 0000 | |
| | 08/04 | PAYMENT THANK YOU | | | -$8.00 |
| 81470153 | | 70 | 0000 | 0000 | |

## Fees charged

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/07 | LATE FEE - JUL PAYMENT PAST DUE | | | $35.00 |
| 00000000 | 66 | | 0000 | |
| **Total fees charged in this billing period** | | | | **$35.00** |

## Interest charged

| Date | Description | | Amount |
|---|---|---|---|
| 08/07 | INTEREST CHARGED TO STANDARD ADV | | $65.45 |
| 00000000 | 84 | 0000 | |
| 08/07 | INTEREST CHARGED TO STANDARD PURCH | | $326.11 |
| 00000000 | 84 | 0000 | |
| 08/07 | INTEREST CHARGED TO OFFER-004 | | $208.89 |
| 00000000 | 84 | 0000 | |
| **Total interest charged in this billing period** | | | **$600.45** |

## 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $320.00 |
| Total interest charged in 2012 | $4,031.94 |

## Interest charge calculation

Days in billing cycle: 33

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $12,027.92 (D) | $326.11 |
| Offer 4 | 16.99% | $13,598.18 (D) | $208.89 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $2,414.09 (D) | $65.45 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Help is available! Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday, 8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

MARIAN SNOW GIBBONS
Member Since 1987  Account number ending in: 7111
Billing Period: 08/08/12-09/06/12

How to reach us
www.citicards.com
1-800-756-4000
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $28,970.17 |
| New balance: | $28,970.17 |
| Payment due date: | 10/02/12 |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $6533.30 and an overlimit amount of $2375.17.

**Account Summary**

| | |
|---|---|
| Previous balance | $28,376.43 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$558.74 |
| **New balance** | **$28,970.17** |

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $26,560 |
| Includes $18,100 cash advance limit | |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $28,970 |

For information about credit counseling services, call 1-877-337-8188.

| | |
|---|---|
| Minimum payment due | $28,970.17 |
| New balance | $28,970.17 |
| Payment due date | 10/02/12 |

Amount enclosed:

Account number ending in 7111

000000 PW 32 A 0

MARIAN SNOW GIBBONS
GARNER  NC  27529-5973

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

### Total New Balance Breakout

| | |
|---|---|
| **Card Balance** | **$15,080.77** |
| **Loan On Your Card Balance** | **$13,889.40** |
| **Card Minimum Payment Due** | **$25,776.57** |
| **Loan On Your Card Minimum Payment Due** | **$3,193.60** |

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 09/06 | LATE FEE - AUG PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 09/06 | INTEREST CHARGED TO STANDARD ADV | $61.06 |
| 00000000 84 | 0000 | |
| 09/06 | INTEREST CHARGED TO STANDARD PURCH | $305.11 |
| 00000000 84 | 0000 | |
| 09/06 | INTEREST CHARGED TO OFFER-004 | $192.57 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$558.74** |

### 2012 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2012** | **$355.00** |
| **Total interest charged in 2012** | **$4,590.68** |

### Interest charge calculation

Days in billing cycle: **30**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 29.99% (V) | $12,378.49 (D) | $305.11 |
| Offer 4 | 16.99% | $13,789.68 (D) | $192.57 |
| **ADVANCES** | | | |
| Standard Adv | 29.99% (V) | $2,477.34 (D) | $61.06 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Help is available! Please call the toll-free number shown above to learn about our special payment options. Call Monday - Friday, 7 am to 9 pm, or Saturday, 8 am to 5 pm, Central Time. Please give us the opportunity to assist you.

MARIAN SNOW GIBBONS
Member Since 1987  Account number ending in: 7111
Billing Period: 09/07/12-10/05/12

How to reach us
**www.citicards.com**
1-800-846-8444
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $29,557.38 |
| New balance: | $29,557.38 |
| Payment due date: | 11/02/12 |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $7712.76 and an overlimit amount of $2962.38.

**Account Summary**

| | |
|---|---|
| Previous balance | $28,970.17 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$35.00 |
| Interest | +$552.21 |
| New balance | $29,557.38 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $29,557 |

For information about credit counseling services, call 1-877-337-8188.

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $26,560 |
| Includes $18,100 cash advance limit | |

| | |
|---|---|
| Minimum payment due | $29,557.38 |
| New balance | $29,557.38 |
| Payment due date | 11/02/12 |

Amount enclosed:

Account number ending in 7111

000000 PW 34 A O

MARIAN SNOW GIBBONS
~~LING STONE WAY~~
GARNER NC 27529-5973

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Date | Description | Amount |
|---|---|---|
| 10/05 | LATE FEE - SEP PAYMENT PAST DUE | $35.00 |
| 00000000 66 | 0000 | |
| **Total fees charged in this billing period** | | **$35.00** |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 10/05 | INTEREST CHARGED TO STANDARD ADV | $60.47 |
| 00000000 84 | 0000 | |
| 10/05 | INTEREST CHARGED TO STANDARD PURCH | $303.01 |
| 00000000 84 | 0000 | |
| 10/05 | INTEREST CHARGED TO OFFER-004 | $188.73 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$552.21** |

### 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $390.00 |
| Total interest charged in 2012 | $5,142.89 |

### Interest charge calculation

Days in billing cycle: 29

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $12,717.44 (D) | $303.01 |
| Offer 4 | 16.99% | $13,980.30 (D) | $188.73 |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $2,538.08 (D) | $60.47 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Minimum Payment Due includes past due amounts. Your account may be with a collection vendor and when you call our number, you may be referred to the vendor. Please call the toll-free number shown above Monday-Thursday 8am to 6 pm or Friday 8 am to 5 pm, Central time. 1-800-846-8444

MARIAN SNOW GIBBONS
Member Since 1987  Account number ending in: 7111
Billing Period: 10/06/12-11/06/12

How to reach us
www.citicards.com
1-800-846-8444
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $30,180.80 |
| New balance: | $30,180.80 |
| Payment due date: | 12/02/12 |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $8889.69 and an overlimit amount of $3620.80.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $30,181 |

For information about credit counseling services, call 1-877-337-8188.

**Account Summary**

| | |
|---|---|
| Previous balance | $29,557.38 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$623.42 |
| **New balance** | **$30,180.80** |

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $26,560 |

Includes $18,100 cash advance limit

| | |
|---|---|
| Minimum payment due | $30,180.80 |
| New balance | $30,180.80 |
| Payment due date | 12/02/12 |

Amount enclosed:

Account number ending in 7111

000000 PW 34 A O

MARIAN SNOW GIBBONS
GARNER  NC  27529-5973

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/06 | INTEREST CHARGED TO STANDARD ADV | $68.42 |
| 00000000 84 | 0000 | |
| 11/06 | INTEREST CHARGED TO STANDARD PURCH | $343.77 |
| 00000000 84 | 0000 | |
| 11/06 | INTEREST CHARGED TO OFFER-004 | $211.23 |
| 00000000 84 | 0000 | |
| Total interest charged in this billing period | | $623.42 |

### 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $390.00 |
| Total interest charged in 2012 | $5,766.31 |

### Interest charge calculation

Days in billing cycle: 32

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 29.99% (V) | $13,075.53 (D) | $343.77 |
| Offer 4 (Until Paid in Full) | 16.99% | $14,180.18 (D) | $211.23 |
| **ADVANCES** | | | |
| Standard Adv | 29.99% (V) | $2,602.47 (D) | $68.42 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Minimum Payment Due includes past due amounts. Your account may be with a collection vendor and when you call our number, you may be referred to the vendor. Please call the toll-free number shown above Monday-Thursday 8am to 6 pm or Friday 8 am to 5 pm, Central time. 1-800-846-8444

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

MARIAN SNOW GIBBONS
Member Since 1987  Account number ending in: 7111
Billing Period: 11/07/12-12/06/12

How to reach us
**www.citicards.com**
1-800-846-8444
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $30,778.09 |
| New balance: | $30,778.09 |
| Payment due date: | 01/02/13 |

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $10106.83 and an overlimit amount of $4218.09.

**Account Summary**

| | |
|---|---|
| Previous balance | $30,180.80 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$597.29 |
| **New balance** | **$30,778.09** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $30,778 |

For information about credit counseling services, call 1-877-337-8188.

**Credit Limit**
Revolving Credit limit                $26,560
Includes $18,100 cash advance limit

| | |
|---|---|
| Minimum payment due | $30,778.09 |
| New balance | $30,778.09 |
| Payment due date | 01/02/13 |

Amount enclosed:

Account number ending in 7111

000000 PW 34 A 0

MARIAN SNOW GIBBONS
GARNER  NC  27529-5973

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 12/06 | INTEREST CHARGED TO STANDARD ADV | $65.80 |
| 00000000 84 | 0000 | |
| 12/06 | INTEREST CHARGED TO STANDARD PURCH | $330.59 |
| 00000000 84 | 0000 | |
| 12/06 | INTEREST CHARGED TO OFFER-004 | $200.90 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$597.29** |

### 2012 totals year-to-date

| | |
|---|---|
| Total fees charged in 2012 | $390.00 |
| Total interest charged in 2012 | $6,363.60 |

### Interest charge calculation

Days in billing cycle: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $13,412.65 (D) | $330.59 |
| Offer 4 | 16.99% | $14,386.23 (D) | $200.90 |
| (Until Paid in Full) | | | |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $2,669.57 (D) | $65.80 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Minimum Payment Due includes past due amounts. Your account may be with a collection vendor and when you call our number, you may be referred to the vendor. Please call the toll-free number shown above Monday-Thursday 8am to 6 pm or Friday 8 am to 5 pm, Central time. 1-800-846-8444

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.

MARIAN SNOW GIBBONS
Member Since 1987  Account number ending in: 7111
Billing Period: 12/07/12-01/04/13

How to reach us
www.citicards.com
1-800-846-8444
BOX 6062 SIOUX FALLS, SD 57117

| | |
|---|---|
| Minimum payment due: | $31,367.56 |
| New balance: | $31,367.56 |
| Payment due date: | 02/02/13 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $31,368 |

For information about credit counseling services, call 1-877-337-8188.

Your account is past due. Please pay at least the minimum payment due, which includes a past due amount of $11301.84 and an overlimit amount of $4807.56.

**Account Summary**

| | |
|---|---|
| Previous balance | $30,778.09 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$589.47 |
| New balance | $31,367.56 |

**Credit Limit**

| | |
|---|---|
| Revolving Credit limit | $26,560 |
| Includes $18,100 cash advance limit | |

Minimum payment due            $31,367.56
New balance                    $31,367.56
Payment due date               02/02/13

Amount enclosed:

Account number ending in 7111

000000 PW 34 A O

MARIAN SNOW GIBBONS

GARNER NC 27529-5973

CITI CARDS
Processing Center
Des Moines, IA 50363-0005

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | Amount |
|---|---|
| Total fees charged in this billing period | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 01/04 | INTEREST CHARGED TO STANDARD ADV | $65.17 |
| 00000000 84 | 0000 | |
| 01/04 | INTEREST CHARGED TO STANDARD PURCH | $327.41 |
| 00000000 84 | 0000 | |
| 01/04 | INTEREST CHARGED TO OFFER-004 | $196.89 |
| 00000000 84 | 0000 | |
| **Total interest charged in this billing period** | | **$589.47** |

### 2013 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2013** | **$0.00** |
| **Total interest charged in 2013** | **$589.47** |

### Interest charge calculation

Days in billing cycle: 29

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 29.99% (V) | $13,741.54 (D) | $327.41 |
| Offer 4 | 16.99% | $14,585.09 (D) | $196.89 |
| (Until Paid in Full) | | | |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $2,735.03 (D) | $65.17 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

### Account messages

Minimum Payment Due includes past due amounts. Your account may be with a collection vendor and when you call our number, you may be referred to the vendor. Please call the toll-free number shown above Monday-Thursday 8am to 6 pm or Friday 8 am to 5 pm, Central time. 1-800-846-8444

For customers who qualify for benefits for the same transaction under Citi Price Rewind, Internet Price Protection and Price Protection coverages, or any combination of those coverages, the Company will only pay under the coverage providing the highest benefit and no benefits will be due under the other coverages.