IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00059-FL

| | |
|---|---|
| MARIAN SNOW, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., <br><br> Defendant. | **NOTICE OF APPEARANCE** |

NOW COMES the undersigned, counsel for Defendant Citibank, N.A. pursuant to LR 83.1(g), and notifies the Court and the Plaintiff that Joseph S. Dowdy has left his employment with the law firm of Nelson Mullins Riley & Scarborough LLP. LR 83.1(g) permits the withdrawal of an attorney's appearance in an action before this Court "if an attorney within the same firm replaces counsel for a party, the new attorney may file a notice of substitution of counsel and the court will substitute the attorneys without order of the court." The undersigned previously entered an appearance on behalf of Defendant Citibank, N.A. and will continue to represent Defendant. Accordingly, pursuant to LR 83.1(g), the undersigned requests that Joseph S. Dowdy be terminated from this action and the undersigned be permitted to remain counsel of record for the Defendant.

WHEREFORE, the undersigned, counsel for Defendant Citibank, N.A. respectfully prays that Joseph S. Dowdy's appearance in this action be withdrawn, that the undersigned substituted in his place as counsel for the Defendant, and for such other and further relief as the Court may deem just and proper.

This the 3rd day of June, 2014.

                s/ Donald R. Pocock
                Donald R. Pocock, NC Bar No. 29393
                Attorney for Defendant Citibank, N.A.
                NELSON MULLINS RILEY & SCARBOROUGH LLP
                380 Knollwood Street, Suite 530
                Winston-Salem, NC 27103
                Telephone: 336.774-3324
                Fax: 336.774.3376
                E-mail: donald.pocock@nelsonmullins.com

2

~#4834-2942-5435 - 06436/01509~
Case 5:14-cv-00059-FL   Document 20   Filed 06/03/14   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such to the following:

None.

And I hereby certify that I have mailed the foregoing to the following non CM/ECF participants:

Marian Snow
103 Nostalgia Lane
Zebulon, NC 27597

        s/ Donald R. Pocock
        Donald R. Pocock, NC Bar No. 29393
        Attorney for Defendant Citibank, N.A. (misnamed as Sears-Mastercard/Citibank, N.A.)
        NELSON MULLINS RILEY & SCARBOROUGH LLP
        380 Knollwood Street, Suite 530
        Winston-Salem, NC 27103
        Telephone: 336.774-3324
        Fax: 336.774.3376
        E-mail: donald.pocock@nelsonmullins.com