IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:14-cv-00059-FL

| | |
|---|---|
| MARIAN SNOW,<br><br>               Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>               Defendant. | **NOTICE OF APPEARANCE** |

Cassandra L. Crawford, of the law firm of Nelson Mullins Riley & Scarborough, LLP, hereby enters her appearance as counsel in the above-captioned matter on behalf of Citibank, N.A., and specifically requests that notice be given to her by means of the Court's CM/ECF electronic filing system or by delivery to Nelson Mullins Riley & Scarborough, LLP, 380 Knollwood, Suite 530, Winston-Salem, NC 27103, of all further proceedings in this action.

This the 15th day of October, 2014.

                                                      s/ Cassandra L. Crawford
                                                      Cassandra L. Crawford, NC Bar No. 45396
                                                      Attorney for Defendant Citibank, N.A.
                                                      NELSON MULLINS RILEY & SCARBOROUGH LLP
                                                      380 Knollwood Street, Suite 530
                                                      Winston-Salem, NC 27103
                                                      Telephone: 336.774.3334
                                                      Fax: 336.774.3299
                                                      E-mail: cassie.crawford@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such to the following:

None.

And I hereby certify that I have mailed the foregoing to the following non CM/ECF participants:

Marian Snow
103 Nostalgia Lane
Zebulon, NC 27597

> s/ Cassandra L. Crawford
> Cassandra L. Crawford, NC Bar No. 45396
> Attorney for Defendant Citibank, N.A.
> NELSON MULLINS RILEY & SCARBOROUGH LLP
> 380 Knollwood Street, Suite 530
> Winston-Salem, NC  27103
> Telephone: 336.774.3334
> Fax: 336.774.3299
> E-mail: cassie.crawford@nelsonmullins.com

~#4826-2977-4879 - 06436/01509~