IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-59-FL

| | |
|---|---|
| MARIAN SNOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITIBANK, N.A., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to compel arbitration and stay action (DE 10). Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Kimberly A. Swank entered an order and memorandum and recommendation ("M&R"), (DE 24), denying plaintiff's motion to strike a declaration supporting defendant's motion, and recommending that defendant's motion be granted. No objections have been filed. In this posture, the issues raised are ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendant's motion is GRANTED. The parties are ORDERED to submit to binding arbitration pursuant to the agreements governing plaintiff's card accounts. All further proceedings in this action are STAYED until such time as plaintiff's claims against defendants have been arbitrated to conclusion. The court retains jurisdiction over this case to take such action as may be appropriate and authorized by law once the arbitration proceeding has concluded.

SO ORDERED this the 25th day of February, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge

2